UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS VILLARREAL CANTU, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:05-CV-00170 |
| | § | |
| TEXANA RICE, INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 25, 2018, the United States Magistrate Judge filed a Report and Recommendation (Doc. 66). No party has filed any objection. Where no party objects to the Magistrate Judge's Report and Recommendation, the Court need not perform a de novo review, but need perform only a plain-error review. *Quinn v. Guerrero*, 863 F.3d 353, 358 (5th Cir. 2017).

After reviewing the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that Plaintiff Carlos Villarreal Cantu's claims are **DISMISSED** with prejudice.

SIGNED this 11th day of October, 2018.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge

1 / 1